IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS LYNCH,

     Plaintiff,

  v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

No. C 10-80039 JSW MISC

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On February 18, 2010, Plaintiff filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g) and noticed it for hearing on March 26, 2010. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date set for March 26, 2010 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

     **IT IS SO ORDERED.**

Dated:  February 22, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom