IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LYNCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. C 10-80039 JSW MISC<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On February 18, 2010, Plaintiff filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g) and noticed it for hearing on March 26, 2010. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date set for March 26, 2010 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 22, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Wings Hom