DAVID M. MICHAEL, CSBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:        dmmp5@aol.com

Attorney for Plaintiff
THOMAS LYNCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LYNCH, | CASE NO: C10-80039 JSW MISC (JCS) |
| Plaintiff, | STIPULATION FOR DISPOSITION OF PROPERTY; |
| v. | [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

Following the hearing on 21 May 2010 in the above matter, the parties hereby stipulate and agree that Plaintiff's Ford F350 Truck, Vin. 1FTWW31P85EC96272 and Plaintiff's 2007 Honda CFR 450R Dirt Bike Motorcycle, Vin. # JH2PE05307M507266, be returned to him forthwith. Each party shall pay its own attorney fees and costs. The parties further agree that the Magistrate Court shall have the necessary jurisdiction to enter this Order.

Dated: 24 May 2010

                                                                  Respectfully submitted,

                                                                  s/DAVID M. MICHAEL
                                                                  DAVID M. MICHAEL
                                                                  101 California Street, Suite 2450
                                                                  San Francisco, CA 94111
                                                                  Attorney for Plaintiff Thomas Lynch

1

Dated: 24 May 2010

JOSEPH P. RUSSONIELLO
United States Attorney

s/SAUSA ARVON PERTEET
SAUSA ARVON PERTEET
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Arvon.Perteet@usdoj.gov

Attorney for Defendant
United States of America

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause having been show,

IT IS HEREBY ORDERED that the seized property, consisting of one Ford F350 Truck, Vin. 1FTWW31P85EC96272 and one 2007 Honda CFR 450R Dirt Bike Motorcycle, Vin. # JH2PE05307M507266, shall be returned to Plaintiff, Thomas Lynch, forthwith. Each party shall pay its own attorney fees and costs

Dated: _____May 25,_____ 2010

_____
HONORABLE JOSEPH C. SPERO
U.S. Magistrate Court Judge

2

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 24 March 2010, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

SAUSA ARVON PERTEET
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Arvon.Perteet@usdoj.gov

                                              s/DAVID M. MICHAEL
                                              DAVID M. MICHAEL
                                              Law Offices of David M. Michael
                                              101 California Street, Suite 2450
                                              San Francisco, CA 94111
                                              Telephone: (415) 946-8996
                                              Facsimile:  (877) 538-6220
                                              dmmp5@aol.com

                                              Attorney for Plaintiff Thomas Lynch