**DAVID M. MICHAEL, CSBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:      dmmp5@aol.com

**Attorney for Plaintiff**
**THOMAS LYNCH**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LYNCH, | **CASE NO: C10-80039 JSW MISC** |
| Plaintiff, | **STIPULATION FOR DISPOSITION OF PROPERTY;** |
| v. | [PROPOSED] **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On 10 February 2010, Plaintiff filed his Motion for Return of Property with this Court, seeking the return of the following property, in the possession of the U.S. Drug Enforcement Administration and presently subject to the jurisdiction of this Court:

$28,798.76 in U.S. Currency,
$601.00 in U.S. Currency;
One Ford F350 Truck; and
One 2007 Honda Motorcycle.

The parties here, in order to obtain an orderly transition of the seized properties and in order to comply with the pending and anticipatory authority of a state court order regarding the same funds, hereby agree as follows:

The seized currency, consisting of $28,798.76 in U.S. Currency and $601.00 in U.S.

1

Currency plus any accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to Claimant, by transfer to the trust account of attorney David Michael.

Dated: 9 June 2010

Respectfully submitted,

s/DAVID M. MICHAEL
DAVID M. MICHAEL
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile: (877) 538-6220
dmmp5@aol.com

Attorney for Plaintiff Thomas Lynch

Dated: 9 June 2010

JOSEPH P. RUSSONIELLO
United States Attorney

s/ ARVON PERTEET
SAUSA ARVON PERTEET
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
Arvon.Perteet@usdoj.gov

Attorney for Defendant
United States of America

**[PROPOSED] ORDER**

For the reasons set forth above and for good cause having been show,

IT IS HEREBY ORDERED as follows:

The seized currency, consisting of $28,798.76 in U.S. Currency and $601.00 in U.S. Currency plus any accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to Claimant, by transfer to the trust account of attorney David Michael.

THOMAS LYNCH releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant currency.

The United States releases THOMAS LYNCH from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the seized currency.

Dated: June 14, 2010

_____
HONORABLE JEFFREY S. WHITE
U.S. District Court Judge